UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:12-cv-241-FL

| J & J SPORTS PRODUCTIONS, INC., | Entry of Default |
|---|---|
| Plaintiff, | |
| vs. | |
| VICTOR SEGURA, INDIVIDUALLY and f/d/b/a STUDIO 440 LOUNGE NIGHT CLUB, a/f/k/a ZONA ROSA, | |
| Defendant. | |

This matter, coming on before the undersigned Clerk of Court, upon Plaintiff J & J Sports Production, Inc.'s Motion for Entry of Default against Victor Segura, individually and f/d/b/a Studio 440 Lounge Night Club, a/f/k/a Zona Rosa, which was filed with the Court on December 11, 2012.

It appears that Defendant Victor Segura, individually and f/d/b/a Studio 440 Lounge Night Club, a/f/k/a Zona Rosa has neither filed an answer nor responsive pleading and is subject to default as provided by Rule 55 of the Federal Rules of Civil Procedure.

THEREFORE, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, default is entered against Victor Segura, individually and f/d/b/a Studio 440 Lounge Night Club, a/f/k/a Zona Rosa.

This the 11th day of January, 2013.

_____
Clerk