UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:12-CV-241-FL |
| | ) | |
| VICTOR SEGURA, INDIVIDUALLY | ) | |
| and formerly d/b/a STUDIO 440 | ) | |
| LOUNGE NIGHT CLUB a/f/k/a | ) | |
| ZONA ROSA, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's Motion for Default Judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 10, 2013, and for the reasons set forth more specifically therein, that plaintiff's Motion for Default Judgment is granted in part. Judgment is entered in favor of the plaintiff where the court awards $4,200.00 in statutory damages, pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II), and an additional $12,600.00 in enhanced damages, pursuant to § 605(e)(3)(C)(ii), for a total damages award of $16,800.00. Plaintiff is awarded attorneys' fees of $1,012.50, together with costs of this action. Plaintiff's claim for recovery for the tort of conversion is denied.

**This Judgment Filed and Entered on April 11, 2013, and Copies To:**

Jeremy Todd Browner (via CM/ECF Notice of Electronic Filing)
Victor Segura (via U.S. Mail) 5304 Seaspray Lane, Raleigh, NC 27610-5782

This 11th day of April, 2013
JULIE A. RICHARDS, CLERK
 /s/ Christa N. Baker
(By) Christa N. Baker, Deputy Clerk

