UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:12-cv-241-FL

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC. **Plaintiff,** vs. VICTOR SEGURA, INDIVIDUALLY AND F/D/B/A STUDIO 440 LOUNGE NIGHT CLUB, A/F/K/A ZONA ROSA, **Defendant.** | |

## ORDER ON MOTION OF ISSUANCE

THIS CASE is before the Court on motion of the Plaintiff that notice from the Court be served upon the judgment Debtor advising him of his rights.

IT APPEARING to the clerk that the motion should be granted pursuant to Rule 69, Federal Rules of Civil Procedure, Article X of the Constitution of North Carolina, and Articles 28 and 31 of Chapter 1 and Chapter 1C of the General Statutes of North Carolina; now therefore,

IT IS ORDERED that Notice of Right to Have Exemptions Designated, together with Schedule of Debtor's Assets Submitted in Support of Motion to Designate Exemption shall be served upon the judgment Debtor.

This the 17th day of July, 2013.

_____
Julie Richards, Clerk
US District Court For the
Eastern District of North Carolina